FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 05 2011 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JHONASSY BREA ZABALA,

                Petitioner,

        -against-

ROLANDO JUNIOR CESAR a/k/a
ROLANDO CESAR CORONADO,

                Defendants.
-----------------------------------------------------------x

**MEMORANDUM and ORDER**

11-CV-180 (SLT)

**TOWNES, United States District Judge:**

    Petitioner, Jhonassy Brea Zabala, a citizen of the Dominican Republic, petitions this Court pursuant to the Hague Convention on the Civil Aspects of International Child Abduction (the "Convention"), Oct. 24, 1980, T.I.A.S. No. 11670, S. Treaty Doc. No. 99-11 (implemented through the International Child Abduction Remedies Act ("ICARA"), 42 U.S.C. § 11601, *et seq.*), seeking the return of her son, R.C.B., Jr. (the "Child"). On October 20, 2010, this Court issued an order, directing respondent, Ronaldo Cesar – petitioner's estranged husband and the father of the Child – to appear before the Court on January 28, 2011, and show cause why this Court should not, among other things, enter a judgment directing the prompt return of the Child to the Dominican Republic.

    Respondent has appeared before this Court as directed, and requests that this Court appoint counsel to represent him at the hearing in this matter. This Court is satisfied that Respondent is unable to afford an attorney and has limited ability to read English. Accordingly, respondent's request is granted and the Clerk of Court is directed to make diligent efforts to obtain *pro bono* counsel for respondent. *See* 28 U.S.C. § 1915(e)(1).

**SO ORDERED.**

/SANDRA L. TOWNES
United States District Judge

Dated: January 28, 2011
       Brooklyn, New York